## THE PEOPLE v. JOHN WARNER.

*Assault.*

Conviction for a simple assault may be had on an information charging an assault on an officer with intent to resist arrest.

Exceptions from Gratiot.    (Hart, J.)    Jan. 30.—March 6.

INFORMATION for assault.    Conviction affirmed.

*H. & H. E. Walbridge* for respondent appellant.

Attorney General *Van Riper* for the People.

CHAMPLIN, J.   Respondent was tried upon an information charging him with committing an assault upon a constable with intent thereby to resist the officer in the service of an execution. The jury found the defendant guilty of a simple assault. The questions raised by the respondent, in consequence of the verdict of the jury, become unimportant, and therefore the circuit court is advised to proceed to judgment upon the verdict.

The other Justices concurred.